IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00441-BNB

JAMES SARDAKOWSKI,

    Applicant,

v.

SUSAN JONES,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion to clarify filed on March 22, 2010, is GRANTED. Pursuant to Rule 6(a)(1)(B) of the Federal Rules of Civil Procedure, calculating a period of time stated in days includes intermediate Saturdays, Sundays, and legal holidays.

Dated: March 25, 2010